1  STEPHANIE M. HINDS (CABN 154284)
   Acting United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  MOLLY K. PRIEDEMAN  (CABN 302096)
   Assistant United States Attorney
5
       1301 Clay Street
6      Oakland, California 94612
       Telephone: (510) 637-3680
7      FAX: (510) 637-3724
       molly.priedeman@usdoj.gov
8

9  Attorneys for United States of America

**FILED**

Dec 07 2021

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                              OAKLAND DIVISION

13  UNITED STATES OF AMERICA,           )  NO. 4:21-mj-70026-MAG
                                        )
14       Plaintiff,                     )  STIPULATION AND ORDER CONTINUING
                                        )  STATUS CONFERENCE AND EXCLUDING
15    v.                                )  TIME UNDER THE SPEEDY TRIAL ACT AND
                                        )  FEDERAL RULE OF CRIMINAL PROCEDURE
16  BRUCE EDWARD ANDERSON IV,           )  5.1(c) AND (d)
                                        )
17       Defendant.                     )
                                        )
18

19      A status conference in the above-captioned case is scheduled for December 7, 2021.  Counsel for

20  the United States and counsel for the defendant jointly stipulate and request that that status conference

21  be continued to January 10, 2022, and that time be excluded under Federal Rule of Criminal Procedure

22  5.1(c) and (d), and the Speedy Trial Act from December 7, 2021 to January 10, 2022.

23      The government and counsel for the defendant have agreed that time be excluded under Federal

24  Rule of Criminal Procedure 5.1 and the Speedy Trial Act so that defense counsel can continue to

25  prepare.  The government has produced discovery to defense counsel defense counsel needs time to

26  review the discovery.  For these reasons, the parties stipulate and agree that excluding time until January

27  10, 2022, will allow for the effective preparation of counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv); FRCP

28

5.1(c) and (d).  The parties further stipulate and agree that the ends of justice served by excluding time from December 7, 2021 to January 10, 2022, from computation under the Speedy Trial Act and Federal Rule of Criminal Procedure 5.1(c) and (d) outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §§ 3161(h)(7)(A), (B)(iv).

      The undersigned Assistant United States Attorney certifies that she has obtained approval from counsel for the defendant to file this stipulation, request, and proposed order.

      IT IS SO STIPULATED.

DATED: December 7, 2021                                      /s/  Molly K. Priedeman
                                                              MOLLY K. PRIEDEMAN
                                                              Assistant United States Attorney

DATED: December 7, 2021                                      /s/  MARK REICHEL
                                                              MARK REICHEL
                                                             Attorney for the Defendant

**ORDER**

Based upon the representations of counsel and for good cause shown, the Court finds that failing to exclude the time from December 7, 2021 to January 10, 2022, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation and continuity of counsel, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from December 7, 2021 to January 10, 2022, from computation under the Speedy Trial Act and Federal Rule of Criminal Procedure 5.1(c) and (d) outweighs the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from December 7, 2021 to January 10, 2022, shall be excluded from computation under the Speedy Trial Act and Federal Rule of Criminal Procedure 5.1(c) and (d) and the status conference is continued to January 10, 2022 at 10:00 a.m.

IT IS SO ORDERED.

DATED: __December 7, 2021__



_____
THE HONORABLE DONNA M. RYU
United States Magistrate Judge