STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

MOLLY K. PRIEDEMAN (CABN 302096)
Assistant United States Attorney

    1301 Clay Street
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    molly.priedeman@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) NO. 4:21-MJ-70026-MAG |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER CONTINUING |
| | ) STATUS CONFERENCE AND EXCLUDING |
| v. | ) TIME UNDER THE SPEEDY TRIAL ACT AND |
| | ) FEDERAL RULE OF CRIMINAL PROCEDURE |
| BRUCE ANDERSON, IV | ) 5.1(c) AND (d) |
| Defendant. | ) |

    A status conference in the above-captioned case is scheduled for January 10, 2022. Counsel for the United States and counsel for the defendant jointly stipulate and request that that status conference be continued to January 24, 2022, and that time be excluded under Federal Rule of Criminal Procedure 5.1(c) and (d), and the Speedy Trial Act from January 10, 2022 to January 24, 2022.

    The government and counsel for the defendant have agreed that time be excluded under Federal Rule of Criminal Procedure 5.1 and the Speedy Trial Act so that defense counsel can continue to prepare. The government has produced discovery, and intends to make an additional production shortly, and defense counsel needs time to review the discovery. For these reasons, the parties stipulate and agree that excluding time until January 24, 2022, will allow for the effective preparation of counsel. *See*

STIPULATION TO CONTINUE AND EXCLUDE TIME
AND ORDER
4:21-MJ-70026-MAG    1

18 U.S.C. § 3161(h)(7)(B)(iv); FRCP 5.1(c) and (d).  The parties further stipulate and agree that the ends of justice served by excluding time from January 10, 2022 to January 24, 2022, from computation under the Speedy Trial Act and Federal Rule of Criminal Procedure 5.1(c) and (d) outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §§ 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that she has obtained approval from counsel for the defendant to file this stipulation, request, and proposed order.

IT IS SO STIPULATED.

DATED: January 7, 2022

　　/s/  Molly K. Priedeman
MOLLY K. PRIEDEMAN
Assistant United States Attorney

DATED: January 7, 2022

　　/s/   Mark Reichel
MARK REICHEL
Attorney for the Defendant

## ORDER

Based upon the representations of counsel and for good cause shown, the Court finds that failing to exclude the time from January 10, 2022 to January 24, 2022, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation and continuity of counsel, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from January 10, 2022 to January 24, 2022, from computation under the Speedy Trial Act and Federal Rule of Criminal Procedure 5.1(c) and (d) outweighs the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from January 10, 2022 to January 24, 2022, shall be excluded from computation under the Speedy Trial Act and Federal Rule of Criminal Procedure 5.1(c) and (d) and the status conference is continued to January 24, 2022.

IT IS SO ORDERED.

DATED: January 10, 2022

_____
THE HONORABLE DONNA M. RYU
United States Magistrate Judge

*IT IS SO ORDERED*
*Judge Donna M. Ryu*
(UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA seal)